IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANCE ISBELL, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 11-0446-WS-C |
| CORRECTIONAL MEDICAL SERVICES, et al., | : |
|     Defendants(s). | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's order.

DONE this 29th day of November, 2012.

    s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE