IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANCE ISBELL, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0446-WS-C |
| CORRECTIONAL MEDICAL SERVICES, et al., | : |
| Defendants(s). | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice, no costs to be taxed.

DONE this 29th day of November, 2012.

s/WILLIAM H. STEELE_____
CHIEF UNITED STATES DISTRICT JUDGE